Joseph Lendraitis and Ruta Tolpeznikiene-Kasparaityte of the Republic of Lithuania, Appellees, v. Joseph Gavene, Appellant.

Gen. No. 45,276. 

Anthony Slakis, for appellant; Thomas J. Finnegan, of counsel; Black & Beermann, for appellees; Benjamin H. Black, and Charles V. Chesnul, of counsel. Opinion by Presiding Justice Burke. Not to be published in full. Opinion filed June 13, 1951; released for publication July 30, 1951.